CITY OF PHILADELPHIA v. GEORGE A. SMITH, JR.

Oct. 4, 1979. Petition for certification granted. (See 169 *N.J.Super.* 156).

STATE OF NEW JERSEY v. ROBERT HIGGINS.

Oct. 4, 1979. Petition for certification denied.

IN THE MATTER OF THE SUSPENSION OR REVOCATION OF THE LICENSE OF ALEXANDER SILBERMAN, D.P.M. TO PRACTICE PODIATRY IN THE STATE OF NEW JERSEY.

Oct. 4, 1979. Petition for certification granted. (See 169 *N.J.Super.* 243).

IN THE MATTER OF THE SUSPENSION OR REVOCATION OF THE LICENSE OF PETER T. DE MARCO, M.D. TO PRACTICE MEDICINE AND SURGERY IN THE STATE OF NEW JERSEY.

Oct. 4, 1979. Petition for certification denied.

IN THE MATTER OF THE SUSPENSION OR REVOCATION OF THE LICENSE OF PETER T. DE MARCO, M.D. TO PRACTICE MEDICINE AND SURGERY IN THE STATE OF NEW JERSEY.

Oct. 4, 1979. Cross-Petition for certification granted.